# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | GREGORY SCOTT ISENBERG |
| Case Number: | 18-24699-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 28, 2019 03:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### *Matter:*

#9 - Continued Confirmation of Plan Dated 12/6/2018 (NFC)
#20 - Objection filed by Carrington Mortgage Services as
Servicer for Wells Fargo Bank NA
R / M #:  9 / 0

### *Appearances:*

Debtor: Lauden
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 6/13/19 at 9:00 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

Case double booked for 3/28 and 6/13.
Continue to have only one date.

3/21/2019   2:28:57PM