| Information to identify the case: | |
|---|---|
| Debtor 1 | Gregory Scott Isenberg |
| Debtor 2 | |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| Case number 18-24699 | |

# NOTICE OF CHANGE OF ADDRESS FOR NOTICES AND PAYMENTS

**Deville Asset Management** (hereinafter "Creditor") hereby gives notice that all presently held or future payments and all notice/correspondences to Creditor for the claims filed in this bankruptcy case should be sent to the following address:

## CHANGE IN NOTICE ADDRESS

| Prior Notice Address | New Notice Address |
|---|---|
| Deville Asset Management<br>PO Box 1987<br>Colleyville, TX 76034 | Deville Asset Management<br>PO Box 788<br>Kirkland, WA 98083-0788 |

## CHANGE IN PAYMENT ADDRESS

| Prior Payment Address | New Payment Address |
|---|---|
| Deville Asset Management<br>PO Box 1987<br>Colleyville, TX 76034 | Deville Asset Management<br>PO Box 2489<br>Kirkland, WA 98083-2489 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.

Signed by:  /s/ Steven Finh          Dated: 2/17/2021

Authorized agent for Creditor

Print Name: Steven Finh