IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 18-24699 GLT |
| Gregory Scott Isenberg ) | |
| ) | |
| Debtor (s) ) | |
| ) | Chapter 13 |
| Gregory Scott Isenberg ) | |
| ) | |
| Movant(s) ) | |
| v. ) | Document No. |
| ) | |
| Wells Fargo Bank, N.A. ) | |
| ) | |
| Respondent(s) ) | |

MOTION TO EXTEND TIME TO COMPLY WITH LBR 3002-4

To the Honorable Judge:

The Debtor(s), by their attorney, hereby move to extend the time required to file a Response to the Notice of Mortgage Payment Change filed by the Respondent on January 20, 2022. In support of this motion debtor(s) aver:

1. The Respondents filed a Notice of Mortgage Payment Change on January 20, 2022. In compliance with LBR 3002-4, the Debtor must file an amended chapter 13 plan, a declaration regarding the NMPC, or an objection to the NMPC within twenty-one (21) days after the NMPC is filed, and is therefore due by February 10, 2022.

2. Counsel for debtor requests additional time to comply with LBR 3002-4 to provide the debtor an opportunity to cure the plan deficiency (two months of plan payments totaling $1,600).

3. The Debtor requests that the time to comply with LBR 3002-4 be extended by 45 days. There are sufficient funds on hand to continue to make full payments on the mortgage obligation.

**WHEREFORE,** the Debtors pray that they be permitted to extend the time to comply with LBR 3002-4 be extended to March 26, 2022.

Date:   February 9, 2022

/s/ Scott R. Lowden
Scott R. Lowden, Esquire
PA ID 72116
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA 15301
lowdenscott@gmail.com
(412)374-7161