FILED
3/25/22 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 18-24699 GLT |
| Gregory Scott Isenberg | ) | |
| | ) | |
| Debtor(s) | ) | |
| | ) | Chapter 13 |
| Gregory Scott Isenberg | ) | |
| | ) | |
| Movant(s) | ) | |
| v. | ) | Related to Docket No. 36 |
| | ) | |
| Wells Fargo Bank, N.A. | ) | |
| | ) | |
| Respondent(s) | ) | |

ORDER OF COURT

AND NOW, this 25th Day of March, 2022

It is ORDERED that time to comply with LBR 3002-4 be extended to April 15, 2022.

Prepared by: Scott Lowden

By the Court:

/s/ Gregory L. Taddonio
Gregory L. Taddonio, Judge
United States Bankruptcy Courts