FILED
3/25/22 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 18-24699 GLT |
| Gregory Scott Isenberg | ) | |
| | ) | |
| Debtor(s) | ) | |
| | ) | Chapter 13 |
| Gregory Scott Isenberg | ) | |
| | ) | |
| Movant(s) | ) | |
| v. | ) | Related to Docket No. 36 |
| | ) | |
| Wells Fargo Bank, N.A. | ) | |
| | ) | |
| Respondent(s) | ) | |

ORDER OF COURT

AND NOW, this 25th Day of March, 2022

It is ORDERED that time to comply with LBR 3002-4 be extended to April 15, 2022.

Prepared by: Scott Lowden

By the Court:

/s/ Gregory L. Taddonio
Gregory L. Taddonio, Judge
United States Bankruptcy Courts

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24699-GLT |
| Gregory Scott Isenberg | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: auto   Page 1 of 1
Date Rcvd: Mar 25, 2022   Form ID: pdf900   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gregory Scott Isenberg, 937 Venetia Road, Venetia, PA 15367-1409 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2022   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Carrington Mortgage Services LLC as servicer for Wells Fargo Bank N.A. as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Gregory Scott Isenberg ricelaw1@verizon.net  lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Gregory Scott Isenberg niclowlgl@comcast.net |

TOTAL: 5