FILED
3/30/22 12:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Gregory Scott Isenberg           )
                                        )   Case No. 18-24699 GLT
                                        )
                                        )   Chapter 13
                                        )
        Debtor(s).                      )
                                        )   Related to Docket No. 39
                                       X

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❏       a motion to dismiss case or certificate of default requesting dismissal

☒       a plan modification sought by:   Gregory Scott Isenberg

☒       a motion to lift stay
        as to creditor   _____

        Other:          To cure plan arrears in response to the filed NMPC by Wells Fargo
                        Bank, NA dated 1/20/2022

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❏ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated December 6, 2018

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒       Debtor(s) Plan payments shall be changed from $ 800.00 to
        $ 960.00 per Month, effective April, 2022; and/or the Plan term shall

-1-

          be changed from ____ months to ____ months.

❏    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏    Debtor(s) shall file and serve _____ on or before _____.

❏    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other: Wells Fargo Bank CL.#4 governs following all NMPC of record

      **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

      **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 30th Day of March , 2022

Dated: March 30, 2022

_____
United States Bankruptcy Judge

Stipulated by:                                              Stipulated by:

 /s/ Scott R. Lowden                                 /s/  Owen Katz
Scott R. Lowden - Counsel to Debtor      Owen Katz, Esq.
PA ID 72116                                            Counsel to Chapter 13 Trustee
Rice & Associates Law Firm
15 W. Beau Street
Washington, PA 15301
lowdenscott@gmail.com
(412) 374-7161


Stipulated by:

 /s/ Brian Nicholas
Brian Nicholas, Esq.
Counsel to Wells Fargo Bank, N.A.


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-24699-GLT

Gregory Scott Isenberg  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Mar 30, 2022  Form ID: pdf900  Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol   Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory Scott Isenberg, 937 Venetia Road, Venetia, PA 15367-1409 |
| cr | + | CARRINGTON MTG SERV WILMINGTON SAVINGS, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806-5948 |
| 14985477 | | DEVILLE ASSET MANAGEMENT, PO BOX 788, Kirkland, WA 98083-0788 |
| 14960708 | + | Deville Mgmt / Santander, Attn: Bankruptcy, Po Box 1987, Colleyville, TX 76034-1987 |
| 14960709 | + | Frank & Israel / 1st Veterinary, 6562 Ridings Rd, Syracuse, NY 13206-1201 |
| 14960710 | + | Global Payments, Po Box 66118, Chicago, IL 60666-0097 |
| 14960711 | + | Wash Co Redevelopement Auth., 100 West Beau Street, Suite 603, Washington, PA 15301-4472 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14960707 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 30 2022 23:35:00 | Carrington Mortgage Services LLC, P.O. Box 79001, Phoenix, AZ 85062-9001 |
| 14994462 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 30 2022 23:35:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14982769 | | Email/Text: Check.bksupport@globalpay.com | Mar 30 2022 23:35:00 | GLOBAL PAYMENTS CHECK SERVICES, PO BOX 661158, CHICAGO, IL 60666-1158 |
| 14971751 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2022 23:44:21 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carrington Mortgage Services LLC as servicer for W |
| cr | | WELLS FARGO BANK N.A., AS TRUSTEE FOR CARRIN |
| cr | * | Deville Asset Management, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 30, 2022 | Form ID: pdf900 | Total Noticed: 11 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022                                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Carrington Mortgage Services LLC as servicer for Wells Fargo Bank N.A. as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificates bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Gregory Scott Isenberg ricelaw1@verizon.net  lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Gregory Scott Isenberg niclowlgl@comcast.net |

TOTAL: 5