**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> GREGORY SCOTT ISENBERG <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:18-24699 GLT <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 12/06/2018 and confirmed on 01/31/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 29,760.00 |
| Less Refunds to Debtor | | 5.00 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 29,755.00 |
| | | | | |
| Administrative Fees | | | | |
|    Filing Fee | | 0.00 | | |
|    Notice Fee | | 0.00 | | |
|    Attorney Fee | | 3,000.00 | | |
|    Trustee Fee | | 1,430.24 | | |
|    Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 4,430.24 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   WELLS FARGO BANK NA - TRUSTEE | 0.00 | 23,159.85 | 0.00 | 23,159.85 |
|     Acct: 6390 | | | | |
|   REDEVELOPMENT AUTH OF WASHINGTC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1198 | | | | |
|   WELLS FARGO BANK NA - TRUSTEE | 6,371.13 | 2,164.91 | 0.00 | 2,164.91 |
|     Acct: 6390 | | | | |
| | | | | 25,324.76 |
| **Priority** | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GREGORY SCOTT ISENBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GREGORY SCOTT ISENBERG | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |

* * * N O N E * * *

| 18-24699 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|     DEVILLE ASSET MANAGEMENT | 3,683.39 | 0.00 | 0.00 | 0.00 |
|         Acct: 4955 | | | | |
|     FRANK AND ISREAL LIMITED | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 2801 | | | | |
|     GLOBAL PAYMENTS INC | 1,000.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 9370 | | | | |
|     GLOBAL PAYMENTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 3705 | | | | |
|     GLOBAL PAYMENTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 3704 | | | | |
|     GLOBAL PAYMENTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 3705 | | | | |
|     GLOBAL PAYMENTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 3704 | | | | |
|     GLOBAL PAYMENTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 3703 | | | | |
|     GLOBAL PAYMENTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 3706 | | | | |
|     GLOBAL PAYMENTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 3706 | | | | |
|     PINNACLE CREDIT SERVICES LLC - ASSI( | 460.90 | 0.00 | 0.00 | 0.00 |
|         Acct: 0001 | | | | |
|     BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |

\* \* \* N O N E \* \* \*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 25,324.76 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 6,371.13 |
| UNSECURED | 5.144.29 |

Date: 11/01/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com